**Order filed December 5, 2019**



In The

# Fourteenth Court of Appeals

———————

NO. 14-19-00787-CV

———————

**APRIL MALLOY PERNA, Appellant**

**V.**

**AMH 2014-1 BORROWER, LLC, Appellee**

**On Appeal from County Court at Law No. 1**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-CCV-065813**

# O R D E R

The notice of appeal in this case was filed October 8, 2019. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **December 20, 2019.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Christopher and Bourliot.